IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| W.L. GORE & ASSOCIATES, INC. and<br>GORE ENTERPRISE HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>VALEO-SYLVANIA L.L.C. and<br>LABEL TECHNOLOGIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 08-111 (GMS) |

## DECLARATION OF MAILING

Rodger D. Smith II declares as follows:

1.  I am a member at the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, counsel to plaintiffs in this action.

2.  Defendant Label Technologies, Inc. ("LTI") is a Georgia corporation having a principal place of business at 1125 Satellite Boulevard #108, Suwanee, Georgia 30024.

3.  The Summons and Complaint in this action were served on defendant LTI on February 25, 2008, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on February 25, 2008.

4.  On February 26, 2008, copies of the Summons and Complaint were sent by registered mail to Label Technologies, Inc., 1125 Satellite Boulevard #108, Suwanee, Georgia 30024, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon LTI personally within this state.

2

     5.     The registered mail return receipt that I received on March 10, 2008, shows that LTI received and accepted the Summons, Complaint and notice. *See* Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

                             */s/ Rodger D. Smith II*
                             Rodger D. Smith II (#3778)

1864383

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Irena Oll[iff]_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Label Technologies, Inc.<br>1125 Satellite Blvd #108<br>Suwanee, GA 30024 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) RA 311 802 195 US | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |