IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.L. GORE & ASSOCIATES, INC. and GORE ENTERPRISE HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>VALEO-SYLVANIA L.L.C. and LABEL TECHNOLOGIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 08-111 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

The parties below, through their respective attorneys and subject to order of the Court, agree that the time within which Defendant, Label Technologies, Inc., must move, answer or otherwise respond to the Complaint is extended through and including April 16, 2008. As grounds for this stipulation, the parties below wish to meet to discuss the claims asserted and, thereafter, Label Technologies will need additional time to respond if a response is necessary.

_____/s/ Karen Jacobs Louden #3778_____
Rodger D. Smith (#3778)
rsmith@mnat.com
Karen Jacobs Louden (#2881)
kjlefiling@mnat.com
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Morris, Nichols, Arsht & Tunnel, LLP
(302) 351-9205

*Attorneys for Plaintiff*
*W.L. Gore & Associates, Inc. and*
*Gore Enterprise Holdings, Inc.*

_____/s/ Frederick L. Cottrell, III #2555_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE 19899
(302) 651-7700

*Attorneys for Defendant*
*Label Technologies, Inc.*

RLF1-3263204-1

SO ORDERED this \_\_\_\_\_ day of March, 2008.

_____
Chief Judge Gregory M. Sleet