IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.L. GORE & ASSOCIATES, INC. and GORE ENTERPRISE HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VALEO-SYLVANIA L.L.C. and LABEL TECHNOLOGIES, INC., <br><br> Defendants. | C. A. No. 08-111 (GMS) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of John A. Kenney of McAfee & Taft, Two Leadership Square, 10th Floor, 211 North Robinson, Oklahoma City, OK 73102, to represent Defendant Label Technologies, Inc., in this matter.

OF COUNSEL:

John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 North Robinson
Oklahoma City, OK 73102

Dated: April 1, 2008

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Richards, Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com

*Attorneys for Defendant,*
*Label Technologies, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of _____, 2008.

_____
Chief United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Oklahoma, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

/s/ John A. Kenney
John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 North Robinson
Oklahoma City, OK 73102-7103

Dated: March 31, 2008

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**HAND DELIVERY**

Rodger D. Smith
Morris, Nichols, Arst & Tunnell, LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O Box 1347
Wilmington, Delaware 19899-1347
(302) 351-9205

_____
Frederick L. Cottrell, III (#2555)

RLF1-3267962-1