IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.L. GORE & ASSOCIATES, INC. and GORE ENTERPRISE HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VALEO-SYLVANIA L.L.C. and LABEL TECHNOLOGIES, INC., <br><br> Defendants. | C. A. No. 08-111 (GMS) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Charles L. McLawhorn, III of McAfee & Taft, Two Leadership Square, 10th Floor, 211 North Robinson, Oklahoma City, OK 73102, to represent Defendant Label Technologies, Inc., in this matter.

OF COUNSEL:

John A. Kenney
Michael D. McClintock
Charles L. McLawhorn, III
McAfee & Taft
Two Leadership Square, 10th Floor
211 North Robinson
Oklahoma City, OK 73102

Dated: April 10, 2008

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Richards, Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com

*Attorneys for Defendant,*
*Label Technologies, Inc.*

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Oklahoma, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

Charles L. McLawhorn, III
McAfee & Taft
Two Leadership Square, 10th Floor
211 North Robinson
Oklahoma City, OK 73102-7103

Dated: April 9, 2008

RLF1-3271269-1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Rodger D. Smith
>Morris, Nichols, Arsht & Tunnell, LLP
>Chase Manhattan Centre, 18th Floor
>1201 North Market Street
>P.O Box 1347
>Wilmington, Delaware 19899-1347
>(302) 351-9205

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)