IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. L. GORE & ASSOCIATES, INC. and GORE ENTERPRISE HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VALEO-SYLVANIA L.L.C. and LABEL TECHNOLOGIES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 08-111 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## LABEL TECHNOLOGIES, INC.'S MOTION
## TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Label Technologies, Inc. ("LTI") respectfully moves to be dismissed from this action for lack of personal jurisdiction.

The grounds for LTI's motion are fully set forth in the accompanying opening brief and the supporting Declaration of Brian Tapp. For the Court's convenience, a proposed order is attached hereto.

OF COUNSEL:

John A. Kenney
Michael D. McClintock
Charles L. McLawhorn, III
McAfee & Taft
Two Leadership Square, 10th Floor
211 North Robinson
Oklahoma City, Oklahoma 73102

Dated: April 16, 2008

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger PA
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant Label Technologies, Inc.*

RLF1-3273932-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th of April, 2008, I caused to be hand delivered the foregoing document on counsel below and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Rodger D. Smith
> Morris, Nichols, Arsht & Tunnell, LLP
> Chase Manhattan Centre, 18[th] Floor
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, Delaware  19899-1347

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. L. GORE & ASSOCIATES, INC. and GORE ENTERPRISE HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VALEO-SYLVANIA L.L.C. and LABEL TECHNOLOGIES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 08-111 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

On this _____ day of _____, 2008, having considered Defendant Label Technologies, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction in the above action, and having that good grounds exist for the request for relief,

IT IS HEREBY ORDERED that Label Technologies, Inc.'s motion is GRANTED and Label Technologies, Inc. is hereby dismissed from the lawsuit for lack of personal jurisdiction.

_____
CHIEF JUDGE GREGORY M. SLEET

RLF1-3273932-1