IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. L. GORE & ASSOCIATES, INC. and GORE ENTERPRISE HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VALEO-SYLVANIA L.L.C. and LABEL TECHNOLOGIES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 08-111 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF BRIAN TAPP

| | |
|---|---|
| STATE OF GEORGIA | ) |
| | ) ss. |
| COUNTY OF GWINNETT | ) |

I, Brian Tapp, hereby affirm and state as follows:

1. I am the president of Label Technologies, Inc. ("LTI"). I have personal knowledge of the facts contained in this declaration.

2. LTI is a Georgia corporation with its principal place of business in Suwanee, Georgia.

3. LTI is a specialty manufacturer that manufactures and sells, among other things, automotive lamp venting products.

4. The plaintiffs in this action, W.L. Gore & Associates, Inc. and Gore Enterprise Holdings, Inc., allege that LTI is inducing the infringement of and/or contributorily infringing the Plaintiffs' U.S. Patent No. 6,210,014 B1 (the "'014 Patent") by making, using, selling and/or offering for sale vents for incorporation in motor vehicle lamps that are covered by the '014 Patent, including LTI's Yellow-76 vents.

5. LTI's Yellow-76 vents are sold to automotive lamp manufacturers for use as a component part in automotive lamps. The automotive lamps are then sold to automotive manufacturers for use in various types of automobiles. The Yellow-76 vents have no other purpose other than for use as component parts in automobile lamps.

6. Plaintiffs further allege claims of patent infringement against Valeo-Sylvania, L.L.C. ("Valeo") for making, using, selling and/or offering for sale motor vehicle lamps that are covered by the '014 Patent, including lamps that incorporate LTI's Yellow-76 vents.

7. All products manufactured by LTI and sold to Valeo are delivered to Valeo in the state of Indiana. LTI has never sold or shipped to Valeo any products in Delaware.

8. LTI's Yellow-76 vents are manufactured in Suwanee, Georgia. LTI has never sold its Yellow-76 vents to any automotive lamp manufacturers in Delaware. LTI has never sold its Yellow-76 vents in Delaware or shipped any such products to Delaware.

9. LTI has never employed any officers, employees or agents in Delaware except for an attorney in connection with his defense of the claims related to this litigation.

10. LTI has never sold any products to any distributor or individual in Delaware.

11. LTI has never directly shipped any products to Delaware.

12. LTI has never targeted any advertising to Delaware.

13. LTI has never been licensed to do business in Delaware.

14. LTI has no plans to specifically target Delaware customers.

15. LTI has never had an agent for service of process in Delaware.

16. LTI has not entered into any contracts in Delaware.

17. LTI has never leased or owned property in Delaware.

18. LTI has never maintained in office, facility or telephone listing in Delaware.

19.    LTI has never had a bank account in Delaware.

20.    LTI maintains a website at www.ltiatlanta.com available to anyone with access to the World Wide Web. The website does not allow for product ordering and is merely an informational website for LTI and its products.

21.    LTI has never paid any taxes or franchise fees in Delaware.

22.    LTI has never purposely directed any action towards Delaware and it could not reasonably foresee that it would be haled into a Delaware court.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 16 day of April, 2008.

_____
Brian Tapp

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2008, I caused to be hand delivered a copy of the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Rodger D. Smith
> Morris, Nichols, Arsht & Tunnell, LLP
> Chase Manhattan Centre, 18th Floor
> 1201 North Market Street
> Post Office Box 1347
> Wilmington, Delaware   19899-1347
> (302) 351-9205

*[signature: Anne Shea Gaza]*

Anne Shea Gaza (#4093)
gaza@rlf.com