IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. L. GORE & ASSOCIATES, INC. and GORE ENTERPRISE HOLDINGS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>VALEO-SYLVANIA L.L.C. and LABEL TECHNOLOGIES, INC., <br><br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 08-111 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF BRIAN TAPP

| | |
|---|---|
| STATE OF GEORGIA | ) |
| | ) ss. |
| COUNTY OF GWINNETT | ) |

I, Brian Tapp, hereby affirm and state as follows:

1. I am the president of Label Technologies, Inc. ("LTI"). I have personal knowledge of the facts contained in this declaration.

2. I have reviewed the allegations and arguments in Plaintiffs' Answering Brief in Opposition to Defendant LTI's Motion to Dismiss for Lack of Personal Jurisdiction ("Plaintiffs' Answering Brief").

3. LTI knew that its Yellow-76 vents were used in the Chrysler Aspen and potentially the Dodge Durango.

4. Contrary to the arguments in Plaintiffs' Answering Brief, LTI had no knowledge that Chrysler Aspens or Dodge Durangos were assembled in Newark, Delaware prior to reviewing Plaintiffs' Answering Brief.

5. LTI has supplied its Yellow-76 vents to Valeo since only November 2007. All of these shipments have been to Indiana.

6. LTI designs its Yellow-76 vents to meet the specifications of Valeo. LTI does not design its vents for any specific state.

7. LTI's communications with Chrysler have been limited to discussions about venting performance. The location of Chrysler's assembly plant is irrelevant to LTI's design and sale of its Yellow-76 vents to Valeo. Therefore, LTI never inquired as to where the Aspens and Durangos were assembly and never learned about the assembly plant location prior to reviewing Plaintiffs' Answering Brief.

8. LTI does not have any channels for end users in Delaware to contact LTI about its component vents.

9. LTI's income from Valeo is solely based on the amount LTI charges on a per unit basis. LTI does not receive any compensation for sales to end users of the automobiles that include the Yellow-76 vents.

10. Prior to the filing of Plaintiffs' Complaint, LTI's total sales of its Yellow-76 vents to Valeo were $7800.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 15th day of May, 2008.

_____
Brian Tapp

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th of May, 2008, I caused to be hand delivered the foregoing document on counsel below and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Karen Jacobs Louden
>Rodger D. Smith II
>Morris, Nichols, Arsht & Tunnell, LLP
>Chase Manhattan Centre, 18th Floor
>1201 North Market Street
>P.O. Box 1347
>Wilmington, Delaware  19899-1347

>/s/ Anne Shea Gaza
>Anne Shea Gaza (#4093)
>gaza@rlf.com