IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| W.L. GORE & ASSOCIATES, INC. and GORE ENTERPRISE HOLDINGS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 08-111 (GMS) |
| VALEO-SYLVANIA L.L.C. and LABEL TECHNOLOGIES, INC., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs W.L. Gore & Associates, Inc. and Gore Enterprise Holdings, Inc. (collectively, "Gore") hereby dismiss their claims against defendant Valeo-Sylvania L.L.C. ("Valeo") without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). This voluntary dismissal does not affect Gore's claims or causes of action against defendant Label Technologies, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Karen Jacobs Louden (#2881)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorneys for Plaintiffs W.L. Gore & Associates,
  Inc. and Gore Enterprise Holdings, Inc.*

June 17, 2008

2363338.1

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on June 17, 2008, I caused the foregoing

document to be electronically filed with the Clerk of the Court using CM/ECF, which will send

notification of such filing(s) to the following:

> Frederick L. Cottrell, III
> RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on June 17, 2008 upon the

following in the manner indicated:

### BY EMAIL AND HAND DELIVERY

Frederick L. Cottrell, III
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE  19899
cottrell@rlf.com

### BY EMAIL

John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 North Robinson
Oklahoma City, OK  73102
john.kenney@mcafeetaft.com

/s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
Attorneys for Plaintiffs